UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALBERT L. GOOD, etc., | ) | |
| | ) | |
| Plaintiff, | ) | 1:06-CV-00124 OWW LJO |
| | ) | |
| v. | ) | |
| | ) | |
| INTERNATIONAL PRODUCE, LTD., et al., | ) | ORDER DISMISSING ACTION WITH PREJUDICE |
| | ) | |
| Defendant | ) | |

Pursuant to the stipulation of the parties, this action is dismissed with prejudice in its entirety, with each party to bear its own costs and attorneys fees.

Dated: June 30, 2006          /s/ OLIVER W. WANGER
                              _____
                              OLIVER W. WANGER
                              United States District Judge

1